UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA GUTIERREZ PEDROZA, | Case No.  1:24-cv-00868-JLT-BAM |
| Plaintiff, | ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S APPEAL, GRANTING DEFENDANT'S REQUEST TO AFFIRM, AND DIRECTING ENTRY OF JUDGMENT IN FAVOR OF DEFENDANT |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security[1], | |
| Defendant. | (Docs. 12, 14, 15) |

Monica Gutierrez Pedroza seeks judicial review of a final decision denying her applications for supplemental security income under the Social Security Act.  (*See* Docs. 1, 12.) Plaintiff asserts the administrative law judge failed to complete the record and obtain an updated opinion of plaintiff's physical condition from an examining physician and did not offer any reasons for rejecting plaintiff's subjective complaints.  (Doc. 12 at 3, 5-6, 7-8.)  The Commissioner moves to affirm the agency's decision.  (Doc. 14 at 8-15.)

The magistrate judge determined that the ALJ did not err in his evaluation of the medical opinions.  (Doc. 15 at 9-10.)  The magistrate judge also found that there was "no indication that the record was inadequate or ambiguous, such that it triggered the ALJ's duty to further develop

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Frank Bisignano as the defendant in this action.

1

the record." (*Id.* at 10.)  The magistrate judge additionally observed that the ALJ held the record open after the hearing for plaintiff to supplement with additional records and noted that an "ALJ can discharge the duty to develop the record further by 'keeping the record open after the hearing to allow supplementation of the record.'" (*Id.* at 11, quoting *Tonapetan v. Halter*, 242 F.3d 1144, 1150 (9th Cir. 2001).)  Further, the magistrate judge determined that the ALJ provided specific, clear and convincing reasons for discounting plaintiff's subjective complaints.  (Doc. 15 at 11-15.)  Thus, the magistrate judge recommended the Court deny plaintiff's appeal, affirm the agency's determination to deny benefits, and enter judgment in favor of defendant.  (*Id.* at 15.)

The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days.  (Doc. 15 at 15.)  Plaintiff filed objections on August 8, 2025.  (Doc. 16.)  The Commissioner did not file objections or a response to plaintiff's objections, and the time in which to do so has passed.

According to the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court performed a *de novo* review of the case.  The Findings and Recommendations are supported by the record and proper analysis.  Plaintiff contends the magistrate judge mischaracterized her arguments.  (Doc. 16 at 2.)  The Court disagrees.  The magistrate judge interpreted Plaintiff's arguments reasonably, often quoting her motion directly, and explained why she was incorrect in asserting that the ALJ's written opinion lacked support in substantial evidence. Thus, the Court **ORDERS**:

1.    The Findings and Recommendations (Doc. 15) are **ADOPTED**.

2.    Plaintiff's appeal and request for remand (Doc. 12) are **DENIED**.

3.    Defendant's request to affirm the administrative decision (Doc. 14) is **GRANTED**.

///

///

///

///

///

///

2

4.     The Clerk of the Court is directed to terminate any pending motions; enter judgment in favor of Defendant Frank Bisignano, Commissioner of Social Security, and against Plaintiff Monica Gutierrez Pedroza; and to close this case.

IT IS SO ORDERED.

Dated:    **February 4, 2026**

UNITED STATES DISTRICT JUDGE